UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN J. ROSS,<br><br>                    Plaintiff,<br><br>v.<br><br>PADRES LP, et al.,<br><br>                    Defendants. | Case No.: 17-CV-1676 JLS (JLB)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On March 28, 2019, the Court granted Defendants Padres, L.P., Christina Hall, and Ian Graham's unopposed motion to dismiss and dismissed Plaintiff Van J. Ross' First Amended Complaint. ECF No. 39. The Court granted Plaintiff leave to file an amended complaint within thirty days, noting that "[f]ailure to file within the time allotted may result in the dismissal of this action in its entirety." *Id.* Plaintiff has not filed an amended complaint or filed for an extension of time. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** this action in its entirety for failure to prosecute and failure to comply with the Court's March 28, 2019 Order. *See Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir. 2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a district court may convert the

///

dismissal of the complaint into dismissal of the entire action."). The Clerk of Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated: October 3, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge